DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, Virgin Islands Bar # 766
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BARBARA COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00238 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | ) ) | |
| BARBARA COX, | ) ) ) | Date: December 22, 2008 Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that sentencing hearing currently set for December 1, 2008, shall be continued to **December 22, 2008, at 9:00 a.m.**

The reason for the continuance is that defendant's current employer has no one to cover for her to take leave on December 1, 2008 due to other employees' vacation schedule. Defendant hopes to be rehired by this employer after serving her sentence.

///

///

///

///

///

The parties agree that the delay resulting from the continuance of sentencing shall be excluded in the interests of justice. All terms and conditions of release shall remain in full force and effect.

                                                              McGREGOR W. SCOTT
                                                              United States Attorney

DATED: November 25, 2008                By  /s/ James R. Terzian
                                                              JAMES R. TERZIAN
                                                              Assistant U.S. Attorney
                                                              Attorney for Plaintiff


                                                              DANIEL J. BRODERICK
                                                              Federal Defender

DATED: November 25, 2008                By  /s/ Douglas J. Beevers
                                                              DOUGLAS J. BEEVERS
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              Barbara Cox

## ORDER

IT IS SO ORDERED.

**Dated:   December 1, 2008**                   **/s/ Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE